UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                            CRIMINAL ACTION NO. 3:17-CR-100-CRS

TREYVON MILES, et al.                                                                   DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' joint objection to the Magistrate's Report and Recommendation. (DN 54.) For the reasons stated in the Memorandum Opinion and the Court being otherwise sufficiently advised, the Court **ACCEPTS AND ADOPTS** the report and recommendation (DN 51) of the magistrate judge in its entirety.

It is further ordered that:

(1) the Defendants' joint objection to the Magistrate's Report and Recommendation (DN 54) is **OVERRULED**; and

(2) the Defendants' motions to suppress evidence (DN 25; DN 33) are **DENIED**.

**IT IS SO ORDERED.**

April 20, 2018

Charles R. Simpson III, Senior Judge
United States District Court